# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Baker v. Licking Co. Bk. .............. 19706
Ball v. Best ........................ 19697
Burton Coal Co. v. Gorman Coal Co.... 19705
City View Apart. v. Niess............ 19704
Earp v. State ...................... 19694
Easton v. Wilcox ................... 19708
Miller v. Grand River Realty Co...... 19700
Mosier v. Shelton .................. 19702
Raybourne v. State ................. 19703
Scott v. Dewland et ............... 19693
Sturgill et v. Marshfield Bank ....... 19699
State v. Butler ..................... 19698
State ex Christman v. Hocking Bd. Ed. 19695
State ex Perry v. Hocking Bd. of Ed.. 19696
State ex Pub. Util. Comm. v. N. Y. Cent. Ry. ......................... 19692
State v. Sheets .................... 19707
Valley View (Vil.) v. Bennington .... 19701

#### MARCH 17, 1926

19692—State of Ohio ex rel Public Utilities Commission v. New York Central Railroad Co.; in mandamus. C. C. Crabbe and J. W. Bricker, Columbus, for pltf; W. N. King, Columbus, for deft.

19693—Veane Simmons Scott v. Hazel Dewland and Albert T. Dewland; motion for Wood Appeals to certify. B. F. James, Bowling Green, for pltf; S. W. Bowman, Bowling Green for defts.

19694—William Earp v. State of Ohio; motion for leave to file petition in error to the Lucas Appeals. A. J. Seney, Toledo, for pltf; H. A. Levy, Toledo, for deft.

#### MARCH 18, 1926

19695—State of Ohio ex rel Geo. W. Christman v. County Board of Education of Hocking County; in mandamus. Ballard, Jones & Price, Columbus, for pltf.

19696—State of Ohio ex rel Elnore L. Perry v. County Board of Education of Hocking County; in mandamus. Ballard, Jones & Price Columbus, for pltf.

#### MARCH 19, 1926

19697—Phillip Ball v. Chas. T. Best as executor of the estate of Julia A. Best, nee Julia A. Ball; motion for Stark Appeals to certify. K. L. Coburn, Salem, for pltf; E. S. Speidel and J. S. Miller, Alliance, for deft.

#### MARCH 20, 1926

19698—State of Ohio v. Joseph Butler; motion for leave to file petition in error to the Putnam Appeals. J. S. Ogan, Ottawa, for pltf; A. H. Steaman, Ottawa, for deft.

19699—William Sturgill and Nolan H. Rice v. Marshall Bank; motion for Athens Appeals to certify. J. W. Goldsberry, Chillicothe, for pltf; G. S. Clay, Cincinnati, and Emmett Keenan, Athens; and Woolley & Rowland, Athens, for deft.

19700—Joseph N. Miller v. Grand River Realty Co.; motion for Cuyahoga Appeals to certify. Gordon & Gordon, Cleveland, for pltf; Garber & Garber, Cleveland, for deft.

19701—Village of Valley View v. Sadie Bennington; motion for Cuyahoga Appeals to certify. E. W. McGraw, Cleveland, for pltf; W. J. Corrigan, Cleveland, for deft.

#### MARCH 22, 1926

19702—Benjamin Mosier et v. Clairborn B. Shelton and Lillie V. Shelton; motion for Gallia Appeals to certify. H. C. Johnson and R. A. Howell, Gallipolis, for pltf; H. W. Cherrington, Gallipolis, for deft.

19703—Grant Raybourne v. State of Ohio; motion for Fairfield Appeals to certify. B. R. Dolson, Lancaster, for pltf; W. S. Dutton, and Chas. Drinkle, Lancaster, for deft.

19704—City View Apartment and Storage Co. v. John Niess; motion for Summit Appeals to certify. Burch, Bacon & Denlinger, Akron, for pltf; Mottlinger & Evans, Akron, for deft.

19705—J. P. Burton Coal Co. v. John P. Gorman Coal Co.; motion for Cuyahoga Appeals to certify. Treadway & Marlott, Cleveland, for pltf; M. B. Johnson, Cleveland, for deft.

19706—Harry D. Baker v. Licking County Bank & Trust Co.; motion for Licking Appeals to certify. Jones, Jones & Overturf, and Flory & Flory, Newark, for pltf; Fitzgibbon, Montgomery & Black, Newark, for deft.

19707—State of Ohio v. Erie Sheets; record certified for review and final determination by Court of Appeals of Gallia County. F. E. Cherrington and H. O. Johnson, Gallipolis, for pltf; H. W. Cherrington, Gallipolis, for deft.

#### MARCH 23, 1926

19708—Emory Easton v. H. J. Wilcox, administrator of the estate of Luman Easton, deceased; motion for Trumbull Appeals to certify. Warren Thomas, Warren, for pltf; Hyde & Hyde, Warren, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Chamer v. Milasovski ............... 19450
State ex v. Malaga Bd. of Ed......... 19404
State ex Smith v. Witter et ......... 19233
State ex Crabbe v. Hydraulic Co...... 19207

### MOTION DOCKET

Cincinn. Trac. Co. v. Young et........ 19616
First Nat. Bk. v. Toledo Cooker Co.... 19607
Ghaster v. Fostoria (City) .......... 19618
Hobstetter v. Pinkerman et .......... 19614
Hornick v. State ................... 19604
Herberich Realty Co. v. Rogers ........ 19560
Industrial Comm. v. Hibbs .......... 19621
Kinnear & Russell Co. v. Rogers ...... 19591
Leveck v. State ............... 19600, 19601
Martin v. Steinke .................. 19531
Miller et v. Hesseldon .............. 19619
Prince v. State .................... 19605
Ram et v. Rogers .................. 19590
Rogers v. Abott et ................. 19557
Shockey v. Thornburg Sales Co....... 19530
Smith v. State ............... 19602, 19603